



**Card 1 — Return Receipt (PS Form 3811)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John DuFour, Manager/President
All-Star Transportation, LLC
146 Huntingdon Ave
Waterbury, CT
06708

9590 9402 5707 9346 6891 69

2. Article Number (Transfer from service label)

7019 1640 0002 1758 1923

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)
824

C. Date of Delivery
12-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Card 1 — Certified Mail Receipt (PS Form 3800)**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Waterbury, CT 06708

Certified Mail Fee $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $2.85
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $ $7.60

Postmark Here
0520 10
DEC 17
NEW HEAVEN CT 06520
12/18/2020

Sent To John DuFour, Manager/President
Street and Apt. No., or PO Box No. 146 Huntingdon Ave
City, State, ZIP+4 Waterbury, CT 06708

7019 1640 0002 1758 1923

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**Card 2 — Return Receipt (PS Form 3811)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick Vaughn
CEO, Student Transportation of America, LLC
3349 Highway 138
Building A, Suite C
Wall, NJ 07719

9590 9402 5707 9346 6891 45

2. Article Number (Transfer from service label)

7019 1640 0002 1758 1947

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X RAYMOND ☑ Agent ☐ Addressee

B. Received by (Printed Name)
C-19 RW

C. Date of Delivery
12/21/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Card 2 — Certified Mail Receipt (PS Form 3800)**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Belmar, NJ 07719

Certified Mail Fee $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $2.85
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $ $7.60

Postmark Here
0520 10
DEC 18 2020
NEW HEAVEN CT 06520
12/18/2020

Sent To Patrick Vaughn
Street and Apt. No., or PO Box No. 3349 Highway 138, Building A, Suite C
City, State, ZIP+4 Wall, NJ 07719

7019 1640 0002 1758 1947

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**Card 3 — Return Receipt (PS Form 3811)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cogency Global Inc
Agent for All-Star Transportation
29 West High Street
East Hampton, CT 06424

9590 9402 5707 9346 6891 52

2. Article Number (Transfer from service label)

7019 1640 0002 1758 1930

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X CM C19 ☑ Agent ☐ Addressee

B. Received by (Printed Name)
CM C19

C. Date of Delivery
12/22/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Card 3 — Certified Mail Receipt (PS Form 3800)**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

East Hampton, CT 06424

Certified Mail Fee $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $2.85
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $ $7.60

Postmark Here
0520 10
DEC 18 2020
NEW HEAVEN CT 06520
12/18/2020

Sent To Cogency Global Inc
Street and Apt. No., or PO Box No. 29 West High Street
City, State, ZIP+4 East Hampton, CT 06424

7019 1640 0002 1758 1930

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Top receipt — PS Form 3811 (Return Receipt)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dennis Deziel, Administrator
EPA, Region 1
5 Post Office Square, Suite 100
Boston, MA 02109

9590 9402 5707 9346 6891 14

2. Article Number (Transfer from service label)

7019 1640 0002 1758 1978

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _(handwritten)_

C. Date of Delivery 12/22/20

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

_(red stamp: POINT STA BOSTON MA 02205 DEC 22 2020)_

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Top receipt — PS Form 3800 (Certified Mail Receipt)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Boston, MA 02109   OFFICIAL USE

| Certified Mail Fee | $3.55 | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.85 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $1.20 | |
| Total Postage and Fees | $7.60 | |

_(red stamp: DEC 18 2020 NEW HEAVEN CT 06520   0520 10   12/18/2020)_

Sent To Dennis Deziel, Administrator
Street and Apt. No., or PO Box No. 5 Post Office Square, Suite 100
City, State, ZIP+4® Boston, MA 02109

7019 1640 0002 1758 1978

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



## Bottom receipt — PS Form 3811 (Return Receipt)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Katie S Dykes, Commissioner
CTDEEP
79 Elm Street
Hartford, CT 06106

9590 9402 5707 9346 6891 07

2. Article Number (Transfer from service label)

7019 1640 0002 1758 1985

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cent 19  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 12/21

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Bottom receipt — PS Form 3800 (Certified Mail Receipt)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Hartford, CT 06106   OFFICIAL USE

| Certified Mail Fee | $3.55 | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.85 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $1.20 | |
| Total Postage and Fees | $7.60 | |

_(red stamp: DEC 18 2020 NEW HEAVEN CT 06520   0520 10   12/18/2020)_

Sent To Katie S Dykes, Commissioner CTDEEP
Street and Apt. No., or PO Box No. 79 Elm Street
City, State, ZIP+4® Hartford, CT 06106

7019 1640 0002 1758 1985

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

