UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL-STAR TRANSPORTATION, LLC, and STUDENT TRANSPORTATION OF AMERICA, LLC. <br><br> Defendants. | Case No. 3:21-cv-00201-JBA |

## JOINT STATUS REPORT

Pursuant to the Court's February 15, 2022 Order, Plaintiff Conservation Law Foundation ("Plaintiff") and Defendants All-Star Transportation, LLC and Student Transportation of America, LLC (collectively "Defendants") by and through counsel submit this Joint Status Report.

*Settlement Conference Status*

The parties met six times between March 2021 and September 2021. Multiple settlement offers were exchanged over that time. The parties also attended settlement conferences before Magistrate Judge Robert A. Richardson on February 8th, 2022, and March 21st, 2022. Despite the good faith efforts of both parties, no settlement was reached.

*Pending Motions*

Defendants have stated their intent to file a Rule 12(b)(1) *Motion to Dismiss for Lack of Subject Matter Jurisdiction* and a Rule 12(b)(2) *Motion to Dismiss for Lack of Personal Jurisdiction*. The Court held a pre-filing conference on these motions on October 21, 2021, during which Defendants requested 90 days of jurisdictional discovery in connection with the Rule 12(b)(1) motion. Before the Court issued a schedule for jurisdictional discovery, the action was referred to settlement conference. The parties will include a proposed jurisdictional discovery period in their Report of the Parties' Planning Conference.

*Discovery*

Discovery has not yet begun, but the parties anticipate significant discovery (fact and expert) going forward. For purposes of compliance with Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), the parties intend to conduct a Parties' Planning Conference on or about April 25, 2022. They will then submit to the Court their Report of The Parties' Planning Conference on or before May 9, 2022.

*Settlement Referral*

The parties do not believe that another settlement conference would be productive at this juncture.

*Trial Before Magistrate*

The parties differ on whether they each consent to a trial before a magistrate judge.

*Estimated Length of Trial*

The parties estimate that a trial in this case will last 4-5 days.

Date: April 11, 2022

Respectfully Submitted,

| PLAINTIFF | DEFENDANTS |
|---|---|
| CONSERVATION LAW FOUNDATION | ALL-STAR TRANSPORTATION, LLC & STUDENT TRANSPORTATION OF AMERICA, LLC |
| /s/ Heather A. Govern<br>Heather A. Govern<br>Conservation Law Foundation<br>62 Summer Street<br>Boston, MA 02110<br>(617) 710-5180<br>hgovern@clf.org | GFELLER LAURIE LLP<br><br>/s/ Melicent Thompson<br>Melicent Thompson, Esq. (ct19868)<br>977 Farmington Ave., Suite 200<br>West Hartford, CT 06107<br>(860) 760-8400<br>mthompson@gllawgroup.com |
| /s/ Shannon Laun<br>Shannon Laun (ct31138)<br>Conservation Law Foundation<br>62 Summer Street<br>Boston, MA 02110<br>(617) 850-1712<br>slaun@clf.org | ARMSTRONG TEASDALE LLP<br><br>Jonathan R. Shulan, Esq., pro hac vice<br>7700 Forsyth Boulevard, Suite 1800<br>Saint Louis, MO 63105<br>(314) 259-4748<br>jshulan@atllp.com |