UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Conservation Law Foundation,
    *Plaintiff*,

    v.                                       Civil No. 3:21cv201 (JBA)

All Star Transportation, et al.,
    *Defendants.*

## SCHEDULING ORDER

The parties' 26(f) Planning Report is approved as follows:

1. Jurisdictional discovery will close on 8/22/22.

2. Any motion to dismiss will be filed by 9/21/22; opposition shall be filed by 10/12/22; any reply shall be filed by 10/26/22.

                                                IT IS SO ORDERED.
                                                /s/
                                                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    May 25, 2022