AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Conservation Law Foundation, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00201-JBA |
| All-Star Transportation, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Conservation Law Foundation, Inc.

Date: 09/12/2022

*Attorney's signature*

Ameya Gehi (ct31327)
*Printed name and bar number*

Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
*Address*

agehi@clf.org
*E-mail address*

(617) 850-1795
*Telephone number*

(617) 350-4030
*FAX number*