UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | : <br> : <br> : |
| Plaintiff, | : |
| v. | :    Case No. 3:21-cv-00201-JBA |
| ALL-STAR TRANSPORTATION, LLC, | : <br> : |
| Defendant. | : <br> : |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b), Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendant All-Star Transportation, LLC ("All-Star") (collectively, the "Parties") by and through counsel, respectfully submit this Joint Motion to Amend the Scheduling Order, ECF No. 81.

The Court's current Scheduling Order provides that:

1. Jurisdictional discovery will close on January 20, 2023.

2. Following a prefiling conference, dispositive motions are due on February 20, 2023.

3. Trial Ready Date is August 1, 2023.[1]

ECF No. 81.

**I.  Procedural History**

The Parties are presently engaged in limited jurisdictional discovery over CLF's standing to bring this suit on behalf of its members. ECF Nos. 51, 52, 80.[2] On August 12, 2022, CLF filed a motion to compel All-Star to produce certain discovery documents. ECF Nos. 63, 63-1. On

---

[1] On November 22, 2022, the Court entered the trial ready date without an ECF number.
[2] The original scope of limited jurisdictional discovery was over two issues: 1) CLF's standing and 2) personal jurisdiction over former-defendant Student Transportation of America, LLC ("STA"). ECF No. 51. However, CLF has since dropped STA as a party-defendant; thus, personal jurisdiction over STA is no longer an issue in this case. Am. Compl., ECF No. 82.

October 26, 2022, the Court held oral argument on the motion. ECF No. 76. On November 11, 2022, the Court denied CLF's Motion to Compel, but ordered the Parties to meet and confer to resolve the dispute. *Id.* at 8. Thereafter, the Parties met and conferred several times, and filed three Joint Status Reports, ultimately resolving their dispute on December 9, 2022. ECF No. 88.

The Parties are diligently working to produce and review responsive documents and prepare for depositions, however in light of the Parties' December 9, 2022 resolution, require additional time to do so.

## II. Previous Motions for an Extension of Time

The Parties have previously requested to extend the discovery deadline two times.

First, on August 8, 2022, the Parties filed a motion to extend the discovery deadline (then August 22, 2022) by 90 days, because of two then-outstanding motions that affected the scope of the limited jurisdictional discovery: 1) CLF's Motion to Compel, ECF No. 63, and 2) CLF's Motion for Leave to File an Amended Complaint, ECF No. 53. ECF No. 58.

Second, on November 4, 2022, the Parties filed a second motion to extend the discovery deadline (then November 20, 2022) by an additional 60 days, because the same discovery motions remained outstanding. ECF No. 77.

The Court granted both motions for extensions. ECF Nos. 59, 81.

## III. Proposed Amendments

The Parties respectfully and jointly request to amend the Scheduling Order, ECF No. 81, for good cause: the Parties cannot reasonably meet the current deadlines related to limited jurisdictional discovery and trial despite the diligence of the Parties. With the assistance of the Court, the Parties resolved their discovery dispute almost one month away from the discovery deadline and shortly before the 2022 holiday season. That resolution included an agreement among the Parties for various discovery materials, which expanded the scope of documents and data.

Defendant is diligently working to collect, review, and produce the materials in a timely fashion so that CLF will be able conduct its own review at a reasonable time before taking depositions.

In addition, the Parties anticipate conducting at least ten depositions, including of CLF's affected members and relevant All-Star employees, however the 2022 holiday season has limited the deponents' availability.

As a result, the Parties jointly propose the following deadlines:

1. Jurisdictional discovery will close on March 6, 2023.

    a. This is a 45-day extension from the current deadline of January 20, 2023.

2. Following a prefiling conference, dispositive motions will be due on April 6, 2023.

    a. This proposal is in line with the Court's scheduling order that ordered the Parties to file dispositive motions one month after the close of discovery.

3. Trial Ready Date is September 18, 2023.

    a. This proposal is in line with the Court's scheduling order that ordered the Parties to be trial ready approximately 162 days after dispositive motions are due.

### IV. Conclusion

The Parties respectfully request that the Court grant the Parties' Joint Motion to Amend the Scheduling Order.

Dated: December 29, 2022                          Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.        ALL-STAR TRANSPORTATION, LLC.

By its attorneys:                                 By its attorneys:

/s/ Heather A. Govern                             /s/ Bianca A. Valcarce
Heather A. Govern (*pro hac vice*)

| | |
|---|---|
| Shannon Laun (ct31138)<br>Ameya Gehi (ct31327)<br>Conservation Law Foundation<br>62 Summer St.<br>Boston, MA 02110<br>(617) 850-1765<br>hgovern@clf.org<br>slaun@clf.org<br>agehi@clf.org | GFELLER LAURIE LLP<br>Melicent B. Thompson, Esq. (ct19868)<br>977 Farmington Ave., Suite 200<br>West Hartford, CT 06107<br>Tel. (860) 760-8400<br>Fax. (860) 760-8401<br>mthompson@gllawgroup.com<br><br>ARMSTRONG TEASDALE LLP<br>Jonathan R. Shulan, Esq., *pro hac vice*<br>7700 Forsyth Boulevard, Suite 1800<br>Saint Louis, MO 63105<br>Tel. (314) 621-5070<br>Fax. (314) 612-232<br>jshulan@atllp.com<br><br>Timothy J. Bergère, Esq., *pro hac vice*<br>Bianca A. Valcarce, Esq., *pro hac vice*<br>2005 Market Street, 29th Floor<br>One Commerce Square,<br>Philadelphia, PA 19103<br>Tel. (267) 780-2000<br>Fax. (215) 780-9070<br>tbergere@atllp.com<br>bvalcarce@atllp.com |