AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Conservation Law Foundation, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-00201-JBA |
| All-Star Transportation, LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date:   01/23/2023

/s/ Ana McMonigle
*Attorney's signature*

Ana McMonigle (ct31370)
*Printed name and bar number*

Conservation Law Foundation
62 Summer Street
Boston, MA 02110
*Address*

amcmonigle@clf.org
*E-mail address*

(203) 298-7692
*Telephone number*

(617) 350-4030
*FAX number*