UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Conservation Law Foundation,
    *Plaintiff*,

    *v.*                                    Civil No. 3:21cv201 (JBA)

All Star Transportation, et al.,
    *Defendants.*

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 6/28/23, the following is ordered:

1. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. # 108] has been withdrawn on the record and will be terminated.

2. Plaintiff's shall complete and serve their jurisdictional discovery (including expert report) by 8/28/23. Plaintiff's Motion to Preclude [Doc. # 111] is denied as moot.

3. Any renewed motion to dismiss for lack of subject matter jurisdiction will be filed by 9/28/23; Plaintiff's opposition shall be filed by 10/19/23; any reply shall be filed by 11/2/23.

4. The previously-set trial ready date is vacated sine die.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:     June 30, 2023