## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 3:21-cv-00201-SRU |
| ALL-STAR TRANSPORTATION, LLC, | : |
| Defendant. | : |

**DEFENDANT ALL-STAR TRANSPORTATION, LLC'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant All-Star Transportation, LLC ("All-Star") hereby moves for dismissal of this action on the ground that Plaintiff Conservation Law Foundation ("CLF") lacks standing because none of the four CLF members recruited by CLF to endorse this citizen suit can establish the elements of Article III standing by a preponderance of the evidence. In particular, none of the Standing Members have adequately alleged injury-in-fact, the record shows by a preponderance of the evidence that the Standing Members cannot fairly trace any 'injury' to All-Star, and CLF has not shown that the 'injuries' are redressable by the relief it seeks. Based on the evidentiary record and the authorities cited in the accompanying Memorandum of Law, the Court lacks subject matter jurisdiction over CLF's claims in this action.

WHEREFORE, All-Star respectfully requests that the Court dismiss CLF's Amended Complaint (ECF No. 82).

*ORAL ARGUMENT AND EVIDENTIARY HEARING REQUESTED*

2

| | |
|---|---|
| Dated: September 28, 2023 | **ARMSTRONG TEASDALE LLP** |

*/s/ Jonathan R. Shulan*
Jonathan R. Shulan, Esq., *pro hac vice*
7700 Forsyth Boulevard, Suite 1800
Saint Louis, MO 63105
Tel. (314) 621-5070
Fax. (314) 627-7226
jshulan@atllp.com

Timothy J. Bergère, Esq., *pro hac vice*
Bianca A. Valcarce, Esq., *pro hac vice*
2005 Market Street, 29th Floor
One Commerce Square,
Philadelphia, PA 19103
Tel. (267) 780-2000
Fax. (215) 780-9070
tbergere@atllp.com
bvalcarce@atllp.com

**GFELLER LAURIE LLP**

Melicent B. Thompson, Esq. (ct19868)
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel. (860) 760-8400
Fax. (860) 760-8401
mthompson@gllawgroup.com

ATTORNEYS FOR DEFENDANT
ALL-STAR TRANSPORTATION, LLC