UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 3:21-cv-00201-SRU |
| ALL-STAR TRANSPORTATION, LLC, | : |
| Defendant. | : |

**JOINT NOTICE OF SETTLEMENT AND LODGING OF CONSENT DECREE
PENDING REVIEW BY THE DEPARTMENT OF JUSTICE**

Plaintiff Conservation Law Foundation, Inc. ("CLF"), and Defendant All-Star Transportation, LLC, hereby provide notice to the Court that the Parties are lodging the Proposed Consent Decree, attached as Exhibit 1, pending the conclusion of the required 45-day review period mandated by the Clean Air Act. 42 U.S.C. § 7604(c)(3). The Consent Decree represents a settlement of all claims presented by CLF against Defendant in this case. No action by the Court is needed at this time.

The Citizen Suit provision of the Clean Air Act provides that no consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Environmental Protection Agency ("EPA") Administrator. 42 U.S.C. § 7604(c)(3).

CLF will provide a copy of the Proposed Consent Decree to the Attorney General and the EPA Administrator by email April 18, 2025. The Parties will notify the Court when the 45-day period has expired and request at that time that the Proposed Consent Decree be entered.

Dated: April 18, 2025                    Respectfully submitted,

CONSERVATION LAW FOUNDATION,     ALL-STAR TRANSPORTATION, LLC
INC.

1

| | |
|---|---|
| By its Attorneys,<br><br>/s/*Ameya Gehi*<br>Ameya Gehi (ct31327)<br>Heather A. Govern (*pro hac vice*)<br>62 Summer Street<br>Boston, MA 02110<br>(617) 850-1795<br>agehi@clf.org<br>(617) 850-1765<br>hgovern@clf.org | By Its Attorneys,<br><br>**DENTONS US LLP**<br><br>/s/ Jonathan R. Shulan<br>Jonathan R. Shulan, Esq.<br>101 South Hanley Road, Suite 600<br>St. Louis, MO 63105-3435<br>Tel. 314-241-1800<br>Fax. 314-259-5959<br>Jonathan.shulan@dentons.com<br>*Admitted Pro Hac Vice*<br><br>**DENTONS BINGHAM GREENEBAUM LLP**<br>Chad W. Higgins, *Esq*.<br>Dentons Bingham Greenebaum LLP<br>One City Center, Suite 11100<br>Portland, ME 04101-6420<br>Tel. 207-810-4955<br>Chad.higgins@dentons.com<br>*Admitted Pro Hac Vice*<br><br>**GFELLER LAURIE LLP**<br>Melicent B. Thompson, Esq. (ct19868)<br>977 Farmington Ave., Suite 200<br>West Hartford, CT 06107<br>Tel. 860-760-8400<br>Fax. 860-760-8401<br>mthompson@gllawgroup.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2025, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Ameya Gehi*
Ameya Gehi
